IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLANNED PARENTHOOD OF WISCONSIN, INC.
and FREDRIK BROEKHUIZEN, M.D.,

ORDER

Plaintiffs,

12-cv-913-bbc

v.

J.B. VAN HOLLEN, Attorney General of Wisconsin,
in his official capacity;
ISMAEL OZANNE, District Attorney for Dane County,
in his official capacity and as representative of a class of
all district attorneys in the state of Wisconson;
CAROLYN H. BRONSTON, Medical Examining Board Member
in her official capacity;
MARY JO CAPODICE, Medical Examining Board Member,
in her official capacity;
RODNEY A. ERICKSON, Medical Examining Board Member,
in his official capacity;
JUDE GENEREAUX, Medical Examining Board Member,
in his official capacity;
SURESH K. MISRA, Medical Examining Board Member,
in his official capacity;
GENE MUSSER, Medical Examining Board Member,
in his official capacity;
SANDRA L. OSBORN, Medical Examining Board Member,
in her official capacity;
KENNETH B. SIMONS, Medical Examining Board Member,
in his official capacity;
TIMOTHY SWAN, Medical Examining Board Member,
in his official capacity;
SRIDHAR VASUDEVAN, Medical Examining Board Member,
in his official capacity;
SHELDON A. WASSERMAN, Medical Examining Board Member,
in his official capacity;
TIMOTHY W. WESTLAKE, Medical Examining Board Member,
in his official capacity,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiffs Planned Parenthood of Wisconsin, Inc. and Fredrik Broekhuizen have filed a motion to preliminarily enjoin the Wisconsin attorney general, the district attorneys for each Wisconsin county and the members of the Medical Examining Board from enforcing certain provisions in Wis. Stat. § 253.105, which imposes restrictions on abortions induced by medications, on the ground that they are unconstitutionally vague. The court cannot proceed with plaintiffs' motion until each of the defendants has been served with plaintiffs complaint. Once plaintiffs file with the court proof of personal service of each defendant in accordance with Fed. R. Civ. P. 4(*l*) or a waiver of service under Fed. R. Civ. P. 4(d), I will schedule briefing. In addition, plaintiffs should inform the court whether they believe a hearing is necessary on their motion. If they do not want one, I will allow them to file a reply brief in lieu of a hearing.

Entered this 17th day of December, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge