IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLANNED PARENTHOOD OF WISCONSIN, INC.
and FREDRIK BROEKHUIZEN, M.D.,

                                                             ORDER

                         Plaintiffs,

                                                   12-cv-913-bbc

         v.

J.B. VAN HOLLEN, Attorney General of Wisconsin,
in his official capacity;
ISMAEL OZANNE, District Attorney for Dane County,
in his official capacity and as representative of a class of
all district attorneys in the state of Wisconson;
CAROLYN H. BRONSTON, Medical Examining Board Member
 in her official capacity;
MARY JO CAPODICE, Medical Examining Board Member,
in her official capacity;
RODNEY A. ERICKSON, Medical Examining Board Member,
in his official capacity;
JUDE GENEREAUX, Medical Examining Board Member,
in his official capacity;
SURESH K. MISRA, Medical Examining Board Member,
in his official capacity;
GENE MUSSER, Medical Examining Board Member,
in his official capacity;
SANDRA L. OSBORN, Medical Examining Board Member,
in her official capacity;
KENNETH B. SIMONS, Medical Examining Board Member,
in his official capacity;
TIMOTHY SWAN, Medical Examining Board Member,
in his official capacity;
SRIDHAR VASUDEVAN, Medical Examining Board Member,

1

in his official capacity;
SHELDON A. WASSERMAN, Medical Examining Board Member,
in his official capacity;
TIMOTHY W. WESTLAKE, Medical Examining Board Member,
in his official capacity;
GREG COLLINS, Medical Examining Board Member,
in his official capacity; and
JAMES BARR, Medical Examining Board Member,
in his official capacity;

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Now that each of the defendants has appeared in the case, dkt. #18, I will schedule briefing on plaintiffs' motion for a preliminary injunction. Defendants may have until January 28, 2013, to file a response; plaintiffs may have until February 8, 2013, to file a reply. Because plaintiffs have not requested a hearing, I will not schedule one at this time.

Entered this 7th day of January, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge